STEPHEN R. ZADROGA ET AL. *v.* ELLA T. GRASSO ET AL.

ALPHONSE MAROTTA ET AL. *v.* ELLA T. GRASSO ET AL.

The "Motion to Compel Finding" dated July 7, 1977, by the named plaintiff Stephen R. Zadroga in the appeal from the Superior Court in Hartford County is denied.

*Edward T. Lynch, Jr.,* in support of the motion.

Submitted July 13—decided July 28, 1977

STATE OF CONNECTICUT *v.* JOY SAURO

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*John R. Williams,* in support of the petition.

*Robert E. Beach, Jr.,* assistant state's attorney, in opposition.

Submittted July 21—decided July 28, 1977

ARTHUR D. CLARK ET AL. *v.* TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF BLOOMFIELD

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Hartford County is granted.

*Robert K. Killian, Jr.,* in support of the petition.

*Stephen R. Reitman,* assistant town attorney, in opposition.